**Agustin PERALES, Appellant,**

v.

**Robert J. WINSCHEL and Bruce O'Donnell, Respondents.**

**No. ED 97846.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 19, 2013.

Rehearing Denied April 8, 2013.

John K. Greider, Clayton, MO, for Appellant.

Michelle L. Clardy, St. Louis, MO, for Respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J. and ELIZABETH B. HOGAN, Sp. J.

### *ORDER*

PER CURIAM.

Agustin Perales ("Plaintiff") appeals the trial court's judgment finding that he failed to prove his claim of conversion against Robert J. Winschel and Bruce O'Donnell. He also appeals the trial court's denial of damages for lost profits on his claim of breach of lease, as well as the court's assessment of Plaintiff's reasonable attorney's fees. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).